MAILING LIST

Alliance One
1160 Centre Pointe Drive
Mendota Heights, MN 55120

Alliant Credit Union
1800 98th Ave.Oakland, Ca.94603

American Express
6001 Boilinger cay. Rd.
San Ramon,Ca.94583

Amerlcredit
Box 183853
Arlington,Tx 76096

Asset Acceptance
Box 2036  Warren, Mi.48090

Bank of America
1200 A St.Hayward, Ca. 94541